

JP Courts, Precinct 2

7723 Guilbeau Rd. Suite 105

San Antonio, TX.78250

PH: (210) 335-4800

Fax: (210) 335-4819

| | |
|---|---|
| Receipt #: | 1218921 |
| Receipt Date: | 09/24/2020 |
| Cashier: | 1001430 |
| Register: | Veronica V Cash Drawer |
| Payment Source: | Walk In |
| Receipt Of: | CAPITAL ONE, NATIONAL ASSOCATION CORP SERVICES ABA,CSC, LAWYERS INCORPORATION SERVICES |
| Account Of: | CAPITAL ONE, NATIONAL ASSOCATION CORP SERVICES ABA,CSC, LAWYERS INCORPORATION SERVICES |

Remarks :

Case Number: 21S2000566

COURT DT:

DAVID GINSBERG VS CAPITAL ONE, NATIONAL ASSOCATION CORP SERVICES ABA,CSC, LAWYERS INCORPORATION SERVICES

Charge:

Sub Total : $ 3.00

Grand Total : $3.00

| Tender Type | Auth # | Amount |
|---|---|---|
| CASH | | $3.00 |

Total Paid : $3.00

Over Payment : $0.00

Change Due : $ 0.00

Balance After Payment:

Case Number                                                                 Balance

Total Balance :

Print Date :    9/24/2020 11:45:40 AM



CERTIFIED MAIL  
**THE STATE OF TEXAS**

Exhibit A - 5:20-cv-1155

No. 21S2000566

DAVID GINSBERG  
Plaintiff(s)  
VS.  
CAPITAL ONE, NATIONAL ASSOCATION CORP SERVICES ABA,CSC, LAWYERS INCORPORATION SERVICES  
Defendant(s)

In the Justice Court  
BEXAR PRECINCT 2,  
Place 1  
Bexar County, Texas

### SMALL CLAIMS/DEBT CLAIM CASE CITATION

THE STATE OF TEXAS TO <u>CAPITAL ONE, NATIONAL ASSOCATION CORP SERVICES ABA,CSC, LAWYERS INCORPORATION SERVICES</u>, DEFENDANT, in the hereinafter-styled and numbered cause.

You have been sued. You may employ an attorney to help you in defending against this lawsuit. But you are not required to employ an attorney. You or your attorney must file an answer with the court. Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday, or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday, or legal holiday. Do not ignore these papers. If you do not file an answer by the due date, a default judgment may be taken against you. For further information, consult Part V of the Texas Rules of Civil Procedure, which is available online and also at the court listed on this citation.

This citation is issued pursuant to a petition filed by the above-named plaintiff on <u>26th day of August, 2020</u>.

The plaintiff's attorney's name and address, or the plaintiff's address, if they have no attorney, are: __, whose address is __, Bexar County, Texas. If plaintiff has no attorney, plaintiff's address is <u>6018 JOHN CHAPMAN SAN ANTONIO, TEXAS 78240-</u>. Your answer may be filed with this court, located at <u>7723 Guilbeau Rd. Suite 105, San Antonio, TX 78250 3216</u>

ISSUED this <u>9th day of September, 2020</u>

By: _____ Clerk/Judge  
JUDGE ROBERTO A VAZQUEZ  
Justice Court BEXAR PRECINCT 2, Place 1  
7723 Guilbeau Rd. Suite 105  
San Antonio, TX 78250-3216  
Phone: 210-335-4800

DAVID GINSBERG  
**Plaintiff**  
6018 JOHN CHAPMAN  
SAN ANTONIO, TEXAS 78240-

DOC402                                                                                                                    Original

## PETITION: SMALL CLAIMS CASE

2020 [illegible] PM 4:10

CASE NO. (court use only) 21S2000566

IN THE JUSTICE COURT, PCT. 2 BEXAR COUNTY, TEXAS

PLAINTIFF: David Ginsberg

VS.

DEFENDANT(S) Capital One, national assocation corp services company aba,csc,lawyers incorporation services

Defendant(s) contact Info: 211 EAST 7TH ST SUITE 620 AUSTIN TEXAS 78701

| ADDRESS | CITY | STATE | ZIP |

**COMPLAINT:** The basis for the claim which entitles the plaintiff to seek relief against the defendant is:

Capital One recently send my credit card balance to a collection agency stating that I was defaulted on my credit card payment. Experian credit services decreased my credit score from 751 which is very good to good 706). I called capital one on 8/26/2020 and asked them why did this and customer service was unwilling to help me in any way. I have been on time with my credit card payments as the following documentation shows. I am now suing Capital one for the complete balance of my credit card. My credit is now damaged and I have sustained personal lost due to their negligence and false reporting to the credit bureaus.

**RELIEF:** Plaintiff seeks damages in the amount of 2500.00 and/or return of personal property as described as follows (be specific):

which has a value of $

Additionally, plaintiff seeks the following:

I also want capital one to fix the problem they caused.

**SERVICE OF CITATION:** Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are:

If you wish to give your consent for the answer and any other motions pleadings to be sent to your email address, please check this box, and provide your valid email address

David Ginsberg
Petitioner's Printed Name

Signature of Plaintiff or Attorney

DEFENDANT(S) INFORMATION (if known)

Address of Plaintiffs or Attorney

DATE OF BIRTH

6018 John Chapman

LAST 3 NUMBERS OF DRIVER LICENSE

| San Antonio | Texas | 78240 |
| CITY | STATE | ZIP |

LAST 3 NUMBERS OF SOCIAL SECURITY

DEFENDANT'S PHONE NUMBER

Phone of Plaintiff's Attorney/Plaintiff 210-620-1061

Sworn to and subscribed before me this 24th day of August, 2020

CLERK OF THE JUSTICE COURT OR NOTARY

8/26/2020        Experian



2020 AUG 26 PH 4: 11

Prepared for
**DAVID GINSBERG**
Personal & Confidential

Date Generated Jul 3, 2020
Report Number 2657-1860-78

## About Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

## Here are your results

### CAPITAL ONE BANK USA N
Account • 545800XXXXXXXXXX

The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.

Updated

You can contact CAPITAL ONE BANK USA N at PO BOX 30285, SALT LAKE CITY, UT 84130 or (800) 227-4825

#### After your dispute:

| | | | |
|---|---|---|---|
| Account Name | CAPITAL ONE | Balance | $2,462 |
| Account Number | 545800XXXXXXXXXX | Balance Updated | 07/03/2020 |
| Account Type | Credit card | Recent Payment | $0 |
| Responsibility | Joint with | Monthly Payment | $79 |
| Date Opened | 05/05/1999 | Credit Limit | $7,300 |
| Status | Open. | Highest Balance | $8,783 |
| Status Updated | Invalid date | Terms | NA |

**Payment History**

**LEGEND**  (OK) Current on payments    (30) 30 Days Past Due

https://usa.experian.com/member/printReport?type=CDF&resultsId=RTE000022421000330000009168070320202356290000023179    1/10

8/26/2020                                                                  Experian

| Month | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| APR 2019 | $2,978 Balance | $99 Scheduled Payment | $0 Paid on 04/20/2019 |
| MAR 2019 | $2,988 Balance | $94 Scheduled Payment | $0 Paid on 03/21/2019 |
| FEB 2019 | $3,083 Balance | $103 Scheduled Payment | $0 Paid on 02/21/2019 |
| JAN 2019 | $3,144 Balance | $105 Scheduled Payment | $0 Paid on 01/21/2019 |
| DEC 2018 | $3,121 Balance | $102 Scheduled Payment | $0 Paid on 12/22/2018 |
| NOV 2018 | $2,996 Balance | $97 Scheduled Payment | $0 Paid on 11/21/2018 |
| OCT 2018 | $2,808 Balance | $89 Scheduled Payment | $0 Paid on 10/22/2018 |
| SEP 2018 | $2,714 Balance | $90 Scheduled Payment | $0 Paid on 09/22/2018 |
| AUG 2018 | $2,750 Balance | $91 Scheduled Payment | $0 Paid on 08/22/2018 |
| JUL 2018 | $2,786 Balance | $89 Scheduled Payment | $0 Paid on 07/21/2018 |

**Before your dispute:**

| | | | |
|---|---|---|---|
| Account Name | CAPITAL ONE | Balance | $2,462 |
| Account Number | 545800XXXXXXXXXX | Balance Updated | 06/25/2020 |
| Account Type | Credit card | Recent Payment | $0 |
| Responsibility | Joint with | Monthly Payment | $79 |
| Date Opened | 05/05/1999 | Credit Limit | $7,300 |
| Status | Open. | Highest Balance | $8,783 |
| Status Updated | Invalid date | Terms | NA |

**Payment History**

LEGEND  (OK) Current on payments       (30) 30 Days Past Due

**2020**
| JAN | FEB | MAR | APR |
|---|---|---|---|
| OK | OK | OK | OK |
| MAY | JUN | JUL | AUG |
| OK | OK |  |  |
| SEP | OCT | NOV | DEC |
|  |  |  |  |

**2019**
| JAN | FEB | MAR | APR |
|---|---|---|---|
| OK | OK | OK | OK |
| MAY | JUN | JUL | AUG |
| OK | OK | OK | OK |
| SEP | OCT | NOV | DEC |
| OK | OK | OK | OK |

**2018**
| JAN | FEB | MAR | APR |
|---|---|---|---|
| OK | OK | OK | OK |
| MAY | JUN | JUL | AUG |
| OK | OK | OK | OK |
| SEP | OCT | NOV | DEC |
| OK | OK | OK | OK |

**2017**
| JAN | FEB | MAR | APR |
|---|---|---|---|
| OK | OK | OK | OK |
| MAY | JUN | JUL | AUG |
| OK | OK | OK | OK |
| SEP | OCT | NOV | DEC |
| OK | OK | OK | OK |

**2016**        **2015**        **2014**        **2013**

8/26/2020                                                                 Experian

# Important Messages

**Medical Information**

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

**Public Records Information**

If your report contains public records, the Public Records section includes items from courts that Experian may have obtained through a third party vendor, LexisNexis Risk Data Management Inc. You may contact them at LexisNexis Consumer Center, PO Box 105615, Atlanta, GA 30348-5108, or visit https://experianconsumers.lexisnexis.com (https://experianconsumers.lexisnexis.com/) .

# Know Your Rights

## Fair Credit Reporting Act (FCRA)

*Para informacion en espanol, visite www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore) o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.*

## A Summary of Your Rights Under the Fair Credit Reporting Act.

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore) or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

**You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

- a person has taken adverse action against you because of information in your credit report;
- you are the victim of identity theft and place a fraud alert in your file;
- your file contains inaccurate information as a result of fraud;
- you are on public assistance;
- you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore) for additional information.

**You have the right to ask for a credit score.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the

8/26/2020                                                               Experian

- Financial Profile
- Protection
- Credit Cards
- Loans
- Auto

Tools

- Experian Boost
- Experian CreditLock
- Score Planner
- Score Simulator
- Score Tracker

Support

- Disputes Guide
- FAQs
- Glossary
- Education

Get the free Experian app:



Follow us:

   

About Us
Ad Targeting Policy
Contact Us
Terms & Conditions
Privacy Policy

© 2020 Experian. All rights reserved.

Experian and the Experian trademarks used herein are trademarks or registered trademarks of Experian Information Solutions, Inc., ConsumerInfo.com, Inc. or its affiliates. Other product or company names mentioned herein are the property of their respective owners. Licenses and Disclosures.



8/26/2020                                                                         Experian

mortgage lender.

**You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore) for an explanation of dispute procedures.

**Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

**Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need — usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

**You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore).

**You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).

**You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore).

Consumers Have The Right To Obtain A Security Freeze

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For more information about your federal rights, contact:**

**FOR QUESTIONS OR CONCERNS REGARDING:**                                     **PLEASE CONTACT:**

---

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW. DO NOT CASH IF NOT PRESENT

**credit human**
PO Box 1356
San Antonio, TX 78295
210-258-1234 or 800-234-7228
CreditHuman.com

**MONEY ORDER**
NOT GOOD FOR MORE THAN
$1000.00

No. 0000244614

Date: 08/26/20

\*\*\* FIFTEEN DOLLARS AND 00 CENTS \*\*\*

$15.00

PAY EXACTLY 15 dols 00 cts

TO THE ORDER OF: U.S.P.S.

Share Withdrawal 21S20005UU

AUTHORIZED SIGNATURE

⑈0000244614⑈ ⑇314088284⑇ ⑈00630⑈214⑈06⑈